UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO SALVADOR GONZALEZ, | No. 1:25-cv-00386-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| CHAVEZ, et al., | Doc. 13 |
| Defendants. | |

Plaintiff Ricardo Salvador Gonzalez is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 25, 2025, the assigned magistrate judge screened the first amended complaint and found that plaintiff stated a cognizable claim against defendant I. Chavez for excessive force in violation of the Eighth Amendment for allegedly punching plaintiff when plaintiff was first put in a cage on the date of the incident and was trying to sit down. Doc. 9. The magistrate judge found that the first amended complaint failed to state any other cognizable claims for relief against any other defendant. Doc. 9. The magistrate judge ordered plaintiff to either file a second amended complaint or notify the Court of his willingness to proceed only on the cognizable claim identified by the Court. *Id.* On November 12, 2025, plaintiff notified the Court that he did not wish to file a second amended complaint and was willing to proceed only on his claim against defendant I. Chavez. Doc. 11.

1

Accordingly, on November 13, 2025, the magistrate judge issued findings and recommendations, recommending that this action proceed on plaintiff's first amended complaint, filed May 12, 2025, Doc. 6, against defendant I. Chavez for excessive force in violation of the Eighth Amendment for the punch when plaintiff was first put in the cage as plaintiff was trying to sit down. Doc. 13. The magistrate judge further recommended that all other claims and defendants be dismissed based on plaintiff's failure to state claims upon which relief may be granted. *Id.* The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. *Id.* No objections have been filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 13, 2025, Doc. 13, are adopted in full;

2. This action shall proceed on plaintiff's first amended complaint, filed May 12, 2025, Doc. 6, against defendant I. Chavez for excessive force in violation of the Eighth Amendment for the punch when plaintiff was first put in the cage as plaintiff was trying to sit down;

3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and

4. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    January 13, 2026                                      _____

UNITED STATES DISTRICT JUDGE