# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO SALVADOR GONZALEZ, | Case No.  1:25-cv-00386-KES-BAM (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANT TO FILE AMENDED ANSWER OR STATEMENT REGARDING FIRST AMENDED COMPLAINT |
| v. | |
| CHAVEZ, *et al.*, | (ECF No. 27) |
| Defendants. | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Ricardo Salvador Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff asserts that he suffered violations of his civil rights while in custody at the Fresno County Jail.

On September 25, 2025, the Court screened the first amended complaint and found Plaintiff stated a cognizable claim against Defendant I. Chavez for excessive force in violation of the Eighth Amendment, but he failed to state any other cognizable claims.  (ECF No. 9.)  The Court ordered Plaintiff to either file a second amended complaint or notify the Court of his willingness to proceed only on the cognizable claim identified by the Court.  (*Id.*)  On November 12, 2025, Plaintiff notified the Court that he did not wish to file a second amended complaint and was willing to proceed only on his claim against Defendant I. Chavez.  (ECF No. 11.)

On November 13, 2025, the undersigned issued findings and recommendations that this action proceed on Plaintiff's first amended complaint against I. Chavez for excessive force in

1

violation of the Eighth Amendment and that all other claims and defendants be dismissed.  (ECF No. 13.)  Plaintiff did not file any objections to the findings and recommendations.  On January 13, 2026, the district court adopted the findings and recommendations in full.  (ECF No. 16.)

On February 11, 2026, Defendant I. Chavez filed an answer to the complaint.  (ECF No. 22.)

On February 27, 2026, Plaintiff sought reconsideration of the dismissal of certain claims and defendants.  (ECF No. 24.)  Defendant I. Chavez opposed the motion. (ECF No 26.)

On April 22, 2026, the district court granted in part Plaintiff's motion for reconsideration and construed the excessive force claim as raised under the Fourteenth Amendment given Plaintiff's assertion that he was in pretrial detention at the Fresno County Jail.  (ECF No. 27.) This action now proceeds on the claim against Defendant I. Chavez for excessive force, construed under the Fourteenth Amendment.  (*Id.*)

Accordingly, within **twenty-one (21) days** from the date of this order, Defendant shall file an amended answer to Plaintiff's first amended complaint or a statement notifying the Court that Defendant intends to stand on the answer filed on February 11, 2026.

IT IS SO ORDERED.

Dated:   **April 27, 2026**                    /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2