# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICARDO SALVADOR GONZALEZ,

Plaintiff,

v.

CHAVEZ, *et al.*,

Defendants.

Case No. 1:25-cv-00386-KES-BAM (PC)

ORDER GRANTING DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

(ECF No. 35)

Plaintiff Ricardo Salvador Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges he suffered violations of his civil rights while in custody at the Fresno County Jail. This action proceeds against Defendant I. Chavez-Valverde for excessive force in violation of the Eighth Amendment.

On February 12, 2026, the Court issued a Discovery and Scheduling Order, which set the discovery deadline as October 12, 2026, and the dispositive motion deadline as December 24, 2026. (ECF No. 23.)

On May 22, 2026, Defendant filed a motion for summary judgment on the ground that Plaintiff failed to exhaust administrative remedies. (ECF No. 30.) On July 8, 2026, the undersigned issued findings and recommendations that recommended Defendant's motion for summary judgment be granted. (ECF No. 32.) The findings and recommendations remain pending.

Currently before the Court is Defendant's motion to amend the scheduling order, filed

September 4, 2026. (ECF No. 35.) Defendant requests to extend the deadlines for completion of discovery and the filing of dispositive motions. (*Id.*) Defendant indicates that he has deferred conducting additional discovery while awaiting the Court's final determination on the pending motion for summary judgment. This was done to avoid incurring unnecessary litigation expenses and expending judicial and party resources on discovery that may prove unnecessary. Defendant asserts that amending the scheduling order is warranted to allow the parties sufficient time to proceed with discovery and address any remaining dispositive motions if the Court declines to adopt the pending findings and recommendations. (*Id.*)

Plaintiff failed to file an opposition, and the time to do so has expired. Defendant's motion to amend the scheduling order is deemed submitted. Local Rule 230(l).

Having considered Defendant's motion, the Court finds good cause to modify the Discovery and Scheduling Order to extend the discovery and dispositive motion deadlines. Fed. R. Civ. P. 16(b)(4). The Court finds it would be an efficient use of the resources of the Court and the parties to resolve Defendant's exhaustion-based motion for summary judgment before requiring the parties to complete discovery or file other dispositive motions. The Court also finds that the relief granted here will not result in prejudice to Plaintiff.

Accordingly, it is HEREBY ORDERED as follows:

1. Defendant's motion to amend the scheduling order (ECF NO. 35) is GRANTED.
2. The deadline for completion of all discovery, including filing all motions to compel discovery, is continued from October 12, 2026, to **March 12, 2027**, and the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust is continued from December 24, 2026 to **May 24, 2027**.

IT IS SO ORDERED.

Dated: **October 7, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE